# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| Illinois Commerce Commission, *et al.*, </br></br>　　　　　　　　　　Petitioners, </br></br>and </br></br>Old Dominion Electric Cooperative, *et al.*, </br></br>　　　　　　Intervening Petitioners, </br></br>　　　v. </br></br>Federal Energy Regulatory Commission, </br></br>　　　　　　　　　　Respondent, </br></br>and </br></br>PJM Industrial Customer Coalition and </br>　Electric Power Supply Association, *et al.*, </br></br>　　　　　　Intervening Respondents. | Nos.　20-1645, 20-1759, </br>20-1760, 20-1761, 20-1762, </br>20-1819, 20-1849, 20-2010, </br>20-2016, 20-3027, 20-3028, </br>20-3029, 20-3030, 20-3031, </br>20-3032, 20-3033, 20-3034, </br>20-3035, 20-3036, 20-3037, </br>20-3038, 20-3039, 20-3040, </br>20-3041, 20-3042, 20-3043, </br>20-3044, 20-3045, 20-3046, </br>20-3405, 20-3422, 20-3423, </br>21-1183 (consolidated) |

## RESPONDENT
## FEDERAL ENERGY REGULATORY COMMISSION
## STATUS REPORT

On March 18, 2024, in consideration of the Federal Energy Regulatory Commission's statement of position, this Court ordered that these consolidated appeals remain in abeyance following the Third Circuit's December 1, 2023 decision in *PJM Power Providers Group v. FERC*, Nos. 21-3068, *et al. See* Order, *Illinois Commerce Comm'n v. FERC*, Nos. 20-1645, *et al.* (7th Cir.) (consolidated) (Mar. 18, 2024). *PJM Power Providers* concerned a replacement to the Expanded Minimum

Offer Price Rule ("MOPR") (i.e., the Revised MOPR) that took effect on September 29, 2021. *PJM Interconnection, L.L.C.*, "Notice of Filing Taking Effect by Operation of Law," FERC Dkt. No. ER21-2582 (Sept. 29, 2021). In its December 1, 2023 decision, the Third Circuit determined that the Revised MOPR is lawful. As a result, the Expanded MOPR – which is the subject of *Illinois Commerce Commission* – will not take effect.

This Court directed the parties to file a status report by April 29, 2024, in the event any party should seek further appellate review. On March 28, 2024, the Public Utilities Commission of Ohio, one of the petitioners in *PJM Power Providers*, filed a petition for writ of certiorari of the Third Circuit's decision. *See Public Utils. Comm'n of Ohio v. FERC*, No. 23-1069. In light of ongoing appellate proceedings, the Commission respectfully requests that the Court keep this case in abeyance until the Supreme Court decides the Public Utilities Commission of Ohio's petition. The parties would then file motions to govern further proceeding within 14 days thereafter.

Respectfully submitted,

                                          Robert H. Solomon
                                          Solicitor

                                          */s/ Robert M. Kennedy*
                                          Robert M. Kennedy
                                          Senior Attorney

Federal Energy Regulatory
  Commission
Washington, DC  20426
Tel.:   (202) 502-8904
Email: robert.kennedy@ferc.gov

April 26, 2024

# CERTIFICATE OF SERVICE

In accordance with Fed. R. App. P. 25(d), I hereby certify that I have, this 26th day of April, 2024, served the foregoing upon the counsel listed in the Service Preference Report via email through the Court's CM/ECF system.

*/s/ Robert M. Kennedy*
Robert M. Kennedy
Senior Attorney

Federal Energy Regulatory
 Commission
888 First Street, NE
Washington, D.C. 20426
Tel.: (202) 502-8904
E-mail: robert.kennedy@ferc.gov